# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PAUL MADRAZO** | : | CIVIL ACTION |
| *Plaintiff* | : | |
| | : | NO. 18-0427 |
| v. | : | |
| | : | |
| **WELCOME HOTEL GROUP, LLC.,** *et al.* | : | |
| *Defendants* | : | |

## ORDER

**AND NOW**, this 25th day of April 2018, upon consideration of the *motion to transfer venue* pursuant to 28 U.S.C. §1404(a) filed by Defendants Welcome Hotel Group, LLC, and Edison Holdings NJ, LLC (collectively, "Defendants"), [ECF 5], Plaintiff's response in opposition thereto [ECF 8], Defendants' reply [ECF 8], and the allegations contained in the complaint [ECF 1], it is hereby **ORDERED** that the motion to transfer venue is **GRANTED**. The Clerk of Court is directed to **TRANSFER** this matter to the U.S. District Court for the District of New Jersey.

**BY THE COURT:**

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*